| | |
|---|---|
| NDFL Prob 35 (1/92) | Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date |

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V  Crim. No. 1:97CR33-001

Kenneth McQueen

On November 9, 2009, the above named was placed on Supervised Release for a period of ten years. Due to his medical condition, he is incapable of complying with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Kenneth McQueen be discharged from Supervised Release.

Respectfully submitted,

Glenn H. McInnes
Senior U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 20TH day of November, 2009.

Maurice M. Paul
Senior United States District Judge

Rec'd 11/30/09 USDC Fln1 AM 0919